```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 20250
   ALBERT D WHITE
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

        Debtor
   SSN XXX-XX-6262


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 08/04/2008 and was not confirmed.

     The case was converted to chapter 7 without confirmation 02/12/2009.
------------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------------
AMERICAS SERVICING COMPA CURRENT MORTG         .00            .00            .00
AMERICAS SERVICING COMPA MORTGAGE ARRE         .00            .00            .00
GMAC MORTGAGE CORPORATIO MORTGAGE ARRE   31189.26            .00            .00
GMAC MORTGAGE CORPORATIO SECURED NOT I    1012.25            .00            .00
WACHOVIA DEALER SERVICES SECURED VEHIC    6890.24            .00         300.00
GE CONSUMER FINANCE      SECURED               .00            .00            .00
ECAST SETTLEMENT CORP    UNSECURED        2146.19            .00            .00
COOK COUNTY TREASURER    SECURED          2000.00            .00            .00
AMERICASH LOANS LLC      UNSECURED        1697.39            .00            .00
AT&T                     UNSECURED       NOT FILED            .00            .00
CAPITAL PROCESSING       UNSECURED       NOT FILED            .00            .00
COMCAST                  UNSECURED       NOT FILED            .00            .00
COMMONWEALTH EDISON      UNSECURED         248.93            .00            .00
IBM EMPLOYEE SVC         UNSECURED       NOT FILED            .00            .00
SALLIE MAE/UNITED STUDEN UNSECURED       44408.74            .00            .00
US CELLULAR              UNSECURED       NOT FILED            .00            .00
AMERICAS SERVICING COMPA MORTGAGE NOTI  NOT FILED            .00            .00
GALWAY FINANCIAL SVC LLC UNSECURED        1106.67            .00            .00
SALLIE MAE/UNITED STUDEN UNSECURED       44412.83            .00            .00
PIERCE & ASSOCIATES      MORTGAGE NOTI  NOT FILED            .00            .00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY     1,831.04                       1,546.20
TOM VAUGHN               TRUSTEE                                          143.24
DEBTOR REFUND            REFUND                                              .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE              1,989.44

PRIORITY                                          .00
SECURED                                        300.00
UNSECURED                                         .00
ADMINISTRATIVE                               1,546.20
TRUSTEE COMPENSATION                           143.24

             PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 08 B 20250 ALBERT D WHITE
```

```
DEBTOR REFUND                                                              .00
                                        ---------------    ---------------
TOTALS                                         1,989.44           1,989.44
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
    Dated: 03/17/09                     _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE